

# NUMBER 13-16-00068-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF C.M.R., A CHILD

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, father of C.M.R, perfected an appeal from a judgment concerning the conservatorship of C.M.R. On July 26, 2016, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on July 25, 2016 and that the deputy district clerk, Maria Flores, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not

corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* Tᴇx. R. Aᴘᴘ. P. 42.3(b), (c).

PER CURIAM

Delivered and filed this
2nd day of September, 2016.